[ ] AMENDED

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

In re:    (1)    DARRELL WOODS SR.    Case No. 19-26531

(2)

Debtor(s).    Chapter 13

# CHAPTER 13 PLAN

**ADDRESS:**    (1)    252 GRAY DUCK DRIVE
MEMPHIS, TN  38109

**PLAN PAYMENT:**

DEBTOR (1) shall pay $ **$167.00 SEMI-MONTHLY**

( ) PAYROLL DEDUCTION from:    **OR  (X)  DIRECT PAY**

1. **THIS PLAN [Rule 3015.1 Notice]:**

   (A) CONTAINS A NON-STANDARD PROVISION. [See Plan Provision #19]    ( ) YES  ( X ) NO

   (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE COLLATERAL FOR THE CLAIM. [See Plan Provision #7 and #8]    (X) YES  ( ) NO

   (C) AVOIDS A SECURITY INTEREST OR LIEN. [See Plan Provision #12]    ( ) YES  ( X ) NO

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' Attorney Fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** ( ) Included in Plan; **OR** ( X ) Not included in Plan; Debtor(s) to provide proof of insurance at Section 341 Meeting of Creditors.

4. **DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to**:**    **Monthly Plan Payment**

   NONE    Ongoing Payment Begins:    $
   Approximate Arrearage:    $

5. **PRIORITY CLAIMS:**

   NONE    Amount:    $

6. **HOME MORTGAGE CLAIMS:** ( ) Paid Directly by Debtor(s); **OR** ( ) Paid by Trustee to:

   NONE    Ongoing Payment Begins:    $
   Approximate Arrearage:    $

7. **SECURED CLAIMS:**

| [Retain Lien 11 U.S.C. Sec. 1325 (a)(5)] | Value of Collateral: | Rate of Interest: | **Monthly Plan Payment** |
|---|---|---|---|
| CREDIT ACCEPTANCE CORP (2015 Chevy Malibu) | $9,000 | 5.25% | $175.00 |
| CONN'S (furniture) | $2,000 | 5.25% | $40.00 |
| MEMPHIS FURNITURE (furniture) | $500 | 5.25% | $10.00 |

In Re DARRELL WOODS SR.
Page # 2 of Plan

8. **SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain Lien 11 U.S.C. Sec. 1325(a)] | Value of Collateral | Rate of Interest: | **Monthly Plan Payment** |
|---|---|---|---|
| NONE | | | $ |
| | | | $ |

9. **SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

   NONE                                    Collateral:
                                           Collateral:

10. **SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest: | **Monthly Plan Payment** |
|---|---|---|---|
| NONE | | | $ |
| | | | $ |

11. **STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS**

    NONE                                   ( ) Not provided for  **OR**  ( ) General unsecured creditor
                                           ( ) Not provided for  **OR**  ( ) General unsecured creditor

12. **THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C. Sec. 522(f):**

13. **ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

14. **ESTIMATED TOTAL GENERAL UNSECURED CLAIMS**: $15,000

15. **THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

    ( X ) 10%,  **OR**

    (  )  THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

16. **THIS PLAN ASSUMES OR REJECTS THE FOLLOWING EXECUTORY CONTRACTS:**

    MID-SOUTH BEST RENTAL                              (X) Assumes  **OR**  ( ) Rejects.
                                                       ( ) Assumes  **OR**  ( ) Rejects.

17. **COMPLETION:** Plan shall be completed upon payment of the above in approximately **60** months.

18. **FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED AN ACCEPTANCE OF THE PLAN**

19. **NON-STANDARD PROVISION(S):**

    NONE

    **ANY NON-STANDARD PROVISIONS STATED ELSEWHERE ARE VOID.**

20. **CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

    /s/ Brad George (TN #17994)                        **DATE:** August 19, 2019
    Counsel for Debtor(s)
    2400 Poplar Avenue #460
    Memphis, TN  38112
    (901) 323-1311